THRASHER *v.* MILLER.
</div>

EVANS, P. J. There was no error in sustaining the plea of res adjudicata. The former suit, which was dismissed on general demurrer, was by the same plaintiff (with whom her agent was joined as coplaintiff) against the same defendant, and prayed for the cancellation of a deed to land executed by the plaintiff to the defendant, upon substantially the same grounds as alleged in the present action. *Turner* v. *Oates,* 90 *Ga.* 731, (2), 742 (16 S. E. 971).

<div align="center">

*Judgment affirmed. All the Justices concur.*

JULY 11, 1916.
</div>

Equitable petition. Before Judge Ellis. Fulton superior court. April 15, 1915.

*C. J. Simmons* and *Claude C. Smith,* for plaintiff.

*F. A. Quillian,* for defendant.